B. C. Neeld et al., Appellants, v. E. I. Painter Fertilizer Co. et al., Appellees.

An Appeal from a Decree of the Circuit Court within and for the County of Pinellas.

Appeal dismissed on praecipe of counsel for Appellants.

*James Booth* and *D. C. McMullen,* for Appellants.